# EXHIBIT 2

# ACTS

OF THE

# GENERAL ASSEMBLY OF ALABAMA,

PASSED AT THE

## SESSION OF 1896-7.

HELD IN

# THE CITY OF MONTGOMERY,

COMMENCING TUESDAY, NOVEMBER 10TH, 1896.

---

JOS. F. JOHNSTON, GOVERNOR.
A. D. SAYRE, PRESIDENT OF THE SENATE.
N. N. CLEMENTS, SPEAKER OF THE HOUSE.

---

I, J. K. JACKSON, Secretary of State, of the State of Alabama, do hereby certify that this book, containing the Acts and Joint Resolutions passed at the session of the General Assembly of Alabama, is published by the authority of the State of Alabama.

J. K. JACKSON, Secretary of State.

---

MONTGOMERY, ALA.,
ROEMER PRINTING CO., STATE PRINTERS AND BINDERS.
1897.

same manner as is now provided by law for township and other school districts in their respective counties.

SEC. 3. *Be it further enacted,* That said Lodi School District shall be entitled to its proportionate share of all funds raised or appropriated by the State for public schools, also its proportionate share of the sixteenth section fund accruing to the townships of which said district is a part, and it shall receive all poll taxes which may be collected from residents of said school district, and all funds which may be donated thereto.

Approved February 16, 1897.

---

No. 480.]      AN ACT      [s. 478.

To adopt a Code of laws for the State of Alabama.

SECTION 1. *Be it enacted by the General Assembly of Alabama,* That the work prepared by William L. Martin under the provisions of an act approved February 18th, 1895, entitled "An Act to provide for the revision, codification, digesting and promulgation of the statutes of this State both civil and criminal" is, as the same has been corrected, amended and reported by the joint commitee of the two Houses of the General Assembly to examine the Code, and as amended by the joint committee of the two Houses appointed to revise the revenue system and laws of the State as shown by their report as the same appears of record in the Journals of the Senate and House of Representatives and signed by W. Brewer, Hiram Hawkins, D. J. Meadow, J. J. Mitchell and R. B. Barnes, as said joint committee, adopted and enacted as the code of Alabama and shall regulate completely so far as a statute may, the subject to which it relates and shall go into force and be operative on such day

*(margin note: The code is adopted.)*

after its publication as the Governor may by proclamation designate.

SEC. 2. *Be it further enacted*, That no act passed at the present session of the General Assembly shall be repealed or effected in any manner by the adoption of this Code except that all acts passed prior to the 20th day of January 1897, directly amending sections of the Code of 1886, and which have been, by the joint committee, incorporated in the Code are repealed. <span style="margin-left:1em">What acts not repealed by.</span>

Approved February 16th, 1897.

---

No. 481.]              AN ACT              [s. 468.

To further define general assignments and to prevent the fraudulent disposition of property.

SECTION 1. *Be it enacted by the General Assembly of Alabama*, That every general assignment made by a debtor, or a conveyance by a debtor of substantially all of his property in payment of a prior debt, by which a preference or priority of payment is given to one or more creditors of the grantor, shall be and enure to the benefit of all the creditors of the grantor equally, but this section shall not apply to, or embrace mortgages, or pledges or pawn given to secure a debt contracted contemporaneously with the execution of the mortgage or pledge or pawn, and for the security of which the mortgage or pledge or pawn was given. <span style="margin-left:1em">What sales and conveyances of property declared on assignment.</span>

<span style="margin-left:1em">Exceptions.</span>

SEC. 2. *Be it further enacted*, That a general assignment within the meaning of the foregoing section shall include, in addition to the conveyances now defined as such by law, every judgment confessed, attachment procured by debtor, or other disposition of property by which a debtor conveys all or substantially all of his property subject to execution, in payment of, or as security for a prior debt. or charges such property with the payment of such debt. <span style="margin-left:1em">"General assignment" covers what transactions.</span>