# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
West Alabama Women's Center, Yashica Robinson, M.D., Alabama Women's Center

## DEFENDANTS
Steve Marshall, in his official capacity as Alabama Attorney General (see attachment for more Defendants)

**(b)** County of Residence of First Listed Plaintiff: **Tuscaloosa**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Montgomery**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Alison Mollman, ACLU of Alabama, P.O. Box 6179, Montgomery, AL (510) 909-8908 (see attachment for more counsel)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [x] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983

Brief description of cause:
As applied challenge to Ala. Code § 13A-4-4 & other AL criminal laws under the U.S. Constitution's Due Process Clause, First Amendment, & right to

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE: See attachment for note re: related case.
DOCKET NUMBER: See attachment for note re: related c

DATE: July 31, 2023
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## ATTACHMENT TO CIVIL COVER SHEET

**RELATED CASE NOTE:** A similar challenge, captioned *Yellowhammer Fund v. Steve Marshall*, is also being filed today (July 31st, 2023).

**ADDITIONAL PLAINTIFFS' COUNSEL**

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519
Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

*Attorneys for Plaintiffs*

*\* Pro hac vice motions forthcoming*

**ADDITIONAL DEFENDANTS**

William R. Adair, in his official capacity as District Attorney for Walker County;

T. Kirke Adams, in his official capacity as District Attorney for Dale and Geneva Counties;

Scott Anderson, in his official capacity as District Attorney for Morgan County;

Daryl D. Bailey, in his official capacity as District Attorney for Montgomery County;

Jeffrey Wade Barksdale, in his official capacity as District Attorney for Franklin County;

Stephen M. Billy, in his official capacity as District Attorney for Escambia County;

Keith Blackwood, in his official capacity as District Attorney for Mobile County;

Jennifer Bray, in her official capacity as District Attorney for Marshall County;

Robert L. Broussard, in his official capacity as District Attorney for Madison County;

Danny Carr, in his official capacity as District Attorney for Jefferson County, Birmingham Division;

Matthew Casey, in his official capacity as District Attorney for Shelby County;

Pamela Casey, in her official capacity as District Attorney for Blount County;

Rick Chancey, in his official capacity as District Attorney for Russell County;

Chris Connolly, in his official capacity as District Attorney for Lauderdale County;

Champ Crocker, in his official capacity as District Attorney for Cullman County;

Joseph D. Ficquette, in his official capacity as District Attorney for Clay and Coosa Counties;

Steven D. Giddens, in his official capacity as District Attorney for Talladega County;

Russ Goodman, in his official capacity as District Attorney for Henry and Houston Counties;

Gregory S. Griggers, in his official capacity as District Attorney for Greene, Marengo, and Sumter Counties;

Andrew C. Hamlin, in his official capacity as District Attorney for Fayette, Lamar, and Pickens Counties;

Lyle Harmon, in his official capacity as District Attorney for St. Clair County;

Hal Hughston, in his official capacity as District Attorney for Colbert County;

Errek P. Jett, in his official capacity as District Attorney for Lawrence County;

Brian C.T. Jones, in his official capacity as District Attorney for Limestone County;

Brian A. McVeigh, in his official capacity as District Attorney for Calhoun and Cleburne Counties;

Walter M. Merrell, III, in his official capacity as District Attorney for Covington County;

Jason R. Pierce, in his official capacity as District Attorney for Jackson County;

Ben C. Reeves, Jr., in his official capacity as District Attorney for Barbour and Bullock Counties;

CJ Robinson, in his official capacity as District Attorney for Autauga, Chilton, and Elmore Counties;

Mike Segrest, in his official capacity as District Attorney for Chambers, Macon, Randolph, and Tallapoosa Counties;

Summer McWhorter Summerford, in her official capacity as District Attorney for Cherokee and Dekalb Counties;

Scott A. Slatton, in his official capacity as District Attorney for Marion and Winston Counties;

James H. Tarbox, in his official capacity as District Attorney for Coffee and Pike Counties;

Charlotte M. Tesmer, in her official capacity as District Attorney for Butler, Crenshaw, and Lowndes Counties;

Robert Turner, Jr., in his official capacity as District Attorney for Bibb, Dallas, Hale, Perry, and Wilcox Counties;

Jessica Ventiere, in her official capacity as District Attorney for Lee County;

Lynneice Olive Washington, in her official capacity as District Attorney for Jefferson County, Bessemer Division;

Todd Watson, in his official capacity as District Attorney for Conecuh and Monroe Counties;

Hays Webb, in his official capacity as District Attorney for Tuscaloosa County;

Joseph Willoughby, in his official capacity as District Attorney for Etowah County;

Robert E. Wilters, in his official capacity as District Attorney for Baldwin County; and

Stephen K. Winters, in his official capacity as District Attorney for Choctaw, Clarke, and Washington Counties.