**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO._____ |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al., | |
| Defendants. | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Alabama Women's Center</u> a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☐  This party is a governmental entity, or

☒  **There are no entities to be reported**, or

☐  The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                      <u>Relationship to Party</u>

_____          _____


Date: July 31, 2023

_____
Alison Mollman
Counsel for Plaintiffs
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
PO Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org