**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                                TELEPHONE (334) 954-3600

July 31, 2023

NOTICE OF ASSIGNMENT

To:      All Counsel of Record

Re:      **West Alabama Women's Center et al v. Marshall et al**
Civil Action No.      **2:23-cv-00451**

The above-styled case has been assigned to Judge **Myron H. Thompson** as presiding judge and Judge **Chad W. Bryan** as referral judge.

Please note that the case number is now **2:23-cv-00451-MHT-CWB**. The new case number should be used on all future correspondence and pleadings.