IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; Yashica Robinson, M.D., on behalf of herself, her patients and staff; and ALABAMA WOMEN'S CENTER, on behalf of themselves, their patients and staff, <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Alabama Attorney General, WILLIAM R. ADAIR in his official capacity as District Attorney for Walker County, T. KIRKE ADAMS in his official capacity as District Attorney for Dale and Geneva Counties, SCOTT ANDERSON in his official capacity as District Attorney for Morgan County, DARYL D. BAILEY in his official capacity as District Attorney for Montgomery County, JEFFREY WADE BARKSDALE in his official capacity as District Attorney for Franklin County, STEPHEN M. BILLY in his official capacity as District Attorney for Escambia County, KEITH BLACKWOOD in his official capacity as District Attorney for Mobile County, JENNIFER BRAY in her official capacity as District Attorney for Marshall County, ROBERT L. BROUSSARD in his official capacity as District Attorney for Madison County, DANNY CARR in his official capacity as District Attorney for Jefferson County, Birmingham Division, MATTHEW CASEY in his official capacity as District Attorney for Shelby County, PAMELA CASEY in her official capacity as District Attorney for Blount County, RICK CHANCEY in his official capacity as District Attorney for Russell County, CHRIS CONNOLLY in his official capacity as District Attorney for Lauderdale County, CHAMP CROCKER in his official capacity as District Attorney for | CASE NO.: 2:23-CV-451-MHT-CWB |

1

| | |
|---|---|
| Cullman County, JOSEPH D. FICQUETTE in his official capacity as District Attorney for Clay and Coosa Counties, STEVEN D. GIDDENS in his official capacity as District Attorney for Talladega County, RUSS GOODMAN in his official capacity as District Attorney for Henry and Houston Counties, GREGORY S. GRIGGERS in his official capacity as District Attorney for Greene, Marengo, and Sumter Counties, ANDREW C. HAMLIN in his official capacity as District Attorney for Fayette, Lamar, and Pickens Counties, LYLE HARMON in his official capacity as District Attorney for St. Clair County, HAL HUGHSTON in his official capacity as District Attorney for Colbert County, ERREK P. JETT in his official capacity as District Attorney for Lawrence County, BRIAN C.T. JONES in his official capacity as District Attorney for Limestone County, BRIAN A. MCVEIGH in his official capacity as District Attorney for Calhoun and Cleburne Counties, WALTER M. MERRELL, III in his official capacity as District Attorney for Covington County, JASON R. PIERCE in his official capacity as District Attorney for Jackson County, BEN C. REEVES, JR. in his official capacity as District Attorney for Barbour and Bullock Counties, CJ ROBINSON in his official capacity as District Attorney for Autauga, Chilton, and Elmore Counties, MIKE SEGREST in his official capacity as District Attorney for Chambers, Macon, Randolph, and Tallapoosa Counties, SUMMER MCWHORTER SUMMERFORD in her official capacity as District Attorney for Cherokee and Dekalb Counties, SCOTT A. SLATTON in his official capacity as District Attorney for Marion and Winston Counties, JAMES H. TARBOX in his official capacity as District Attorney for Coffee and Pike Counties, CHARLOTTE M. TESMER in her official capacity as District Attorney for Butler, Crenshaw, and Lowndes Counties, ROBERT TURNER, JR. in his official capacity as District Attorney for Bibb, Dallas, Hale, Perry, and Wilcox Counties, JESSICA VENTIERE in her official capacity as District | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

2

| | |
|---|---|
| Attorney for Lee County, LYNNEICE OLIVE WASHINGTON in her official capacity as District Attorney for Jefferson County, Bessemer Division, TODD WATSON in his official capacity as District Attorney for Conecuh and Monroe Counties, HAYS WEBB in his official capacity as District Attorney for Tuscaloosa County, JOSEPH WILLOUGHBY in his official capacity as District Attorney for Etowah County, ROBERT E. WILTERS in his official capacity as District Attorney for Baldwin County, STEPHEN K. WINTERS in his official capacity as District Attorney for Choctaw, Clarke, and Washington Counties, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW Assistant Chief Deputy Brad A. Chynoweth and gives notice of his appearance as counsel of record for the District Attorney Defendants William R. Adair, T. Kirke Adams, Scott Anderson, Daryl D. Bailey, Jeffrey Wade Barksdale, Stephen M. Billy, Keith Blackwood, Jennifer Bray, Robert L. Broussard, Danny Carr, Matthew Casey, Pamela Casey, Rick Chancey, Chris Connolly, Champ Crocker, Joseph D. Ficquette, Steven D. Giddens, Russ Goodman, Gregory S. Griggers, Andrew C. Hamlin, Lyle Harmon, Hal Hughston, Errek P. Jett, Brian C.T. Jones, Brian A. McVeigh, Walter M. Merrell, III, Jason R. Pierce, Ben C. Reeves, Jr., CJ Robinson, Mike Segrest, Summer McWhorter Summerford, Scott A. Slatton, James H. Tarbox, Charlotte M. Tesmer, Robert Turner, Jr., Jessica Ventiere, Lynneice Olive Washington, Todd Watson, Hays Webb, Joseph Willoughby, Robert E. Wilters, Stephen K. Winters. It is respectfully requested that a copy of all future pleadings, notices, and other matters of record be provided to the undersigned.

Respectfully submitted,

/s/ Brad A. Chynoweth
Brad A. Chynoweth
  *Assistant Chief Deputy, Civil Division*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Email: brad.chynoweth@alabamaag.gov

***Counsel for the District Attorney Defendants***

5

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August 2023, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of the Court via CM/ECF which will notify the following counsel of record:

Alexa Kolbi-Molinas
Lindsey Kaley
Meagan Marlis Burrows
Scarlet Kim
American Civil Liberties Union
Reproductive Freedom Project
125 Broad St
18th Floor
New York, NY 10004

Alison Nicole Mollman
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106

Lorie Chaiten
American Civil Liberties Union Foundation
1640 North Sedgwick
Chicago, IL 60614

                                  Brad A. Chynoweth
                                  *Assistant Chief Deputy, Civil Division*