

# Certificate of Good Standing

UNITED STATES OF AMERICA   )
                           )   SS.
CENTRAL DISTRICT OF ILLINOIS )

I, Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois,

DO HEREBY CERTIFY that Lori Ann Chaiten was duly admitted to practice in said Court on May 15, 2017, and that said person is in good standing in said Court.

Dated at Peoria, Illinois
On July 20, 2023.

Shig Yasunaga, Clerk,

By: V Haynes
Deputy Clerk