UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WEST ALABAMA WOMEN'S CENTER, et al.,

Plaintiffs,

v.

STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al.,

Defendants.

Case No.: 2:23-cv-00451

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Motion for Admission *Pro Hac Vice* of Lorie Chaiten is GRANTED.

_____
U.S. District Court Judge

_____
Date