IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; Yashica Robinson, M.D., on behalf of herself, her patients and staff; and ALABAMA WOMEN'S CENTER, on behalf of themselves, their patients and staff,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 2:23-CV-451-MHT-CWB<br>)<br>)<br>)<br>)<br>) |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW District Attorney Defendants William R. Adair, T. Kirke Adams, Scott Anderson, Daryl D. Bailey, Jeffrey Wade Barksdale, Stephen M. Billy, Keith Blackwood, Jennifer Bray, Robert L. Broussard, Danny Carr, Matthew Casey, Pamela Casey, Rick Chancey, Chris Connolly, Champ Crocker, Joseph D. Ficquette, Steven D. Giddens, Russ Goodman, Gregory S. Griggers, Andrew C. Hamlin, Lyle Harmon, Hal Hughston, Errek P. Jett, Brian C.T. Jones, Brian A. McVeigh, Walter M. Merrell, III, Jason R. Pierce, Ben C. Reeves, Jr., CJ Robinson, Mike Segrest, Summer McWhorter Summerford, Scott A. Slatton, James H. Tarbox, Charlotte M. Tesmer, Robert Turner, Jr., Jessica Ventiere, Lynneice Olive Washington, Todd Watson, Hays Webb, Joseph Willoughby, Robert E. Wilters, Stephen K. Wintersin the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not

trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   This party is a governmental entity, or

☒   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                          <u>Relationship to Party</u>

2

Respectfully submitted,

/s/ Brad A. Chynoweth
Brad A. Chynoweth
  *Assistant Chief Deputy, Civil Division*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Email: brad.chynoweth@alabamaag.gov

***Counsel for the District Attorney Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August 2023, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of the Court via CM/ECF which will notify the following counsel of record:

Alexa Kolbi-Molinas
Lindsey Kaley
Meagan Marlis Burrows
Scarlet Kim
American Civil Liberties Union
Reproductive Freedom Project
125 Broad St
18th Floor
New York, NY 10004

Alison Nicole Mollman
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106

Lorie Chaiten
American Civil Liberties Union Foundation
1640 North Sedgwick
Chicago, IL 60614

                                              Brad A. Chynoweth
                                            *Assistant Chief Deputy, Civil Division*