CK# 10564



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WEST ALABAMA WOMEN'S CENTER, et al.,

Plaintiffs,

v.

Case No.: 2:23-cv-00451

STEVE MARSHALL, in his official capacity as
Alabama Attorney General, et al.,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b) of the Local Civil Rules of the U.S. District Court for the Middle District of Alabama, Alison Mollman, a member of this Court, moves this Court for her co-counsel, Alexa Kolbi-Molinas of the American Civil Liberties Union (ACLU) Foundation, 125 Broad Street, 18th Floor, New York, New York 10004, 212-549-2633, akolbi-molinas@aclu.org, to appear in this case *pro hac vice* on behalf of the Plaintiffs in the above-captioned case. In support, Ms. Mollman states as follows:

1. Alexa Kolbi-Molinas is not admitted to practice in the U.S. District Court for the Middle District of Alabama. Ms. Kolbi-Molinas regularly practices law in the State of New York. She is a member in good standing of the New York State Bar and the U.S. District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Michigan, and the Western District of Michigan.

2. Ms. Mollman is an attorney with the ACLU of Alabama Foundation, Inc., P.O. Box 6179, Montgomery, Alabama 36106, 510-909-8908, amollman@aclualabama.org, and is admitted to practice in the State of Alabama and the U.S. District Court for the Northern, Middle, and Southern Districts of Alabama.

3.  In accordance with the local rules of this Court, Ms. Kolbi-Molinas has made payment of this Court's $75 admission fee.

4.  Ms. Kolbi-Molinas agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case.

WHEREFORE, Alison Mollman moves this Court to enter the attached Order for Alexa Kolbi-Molinas to appear before this Court on behalf of all Plaintiffs in this case.

Date: July 31, 2023

Respectfully submitted,

Alison Mollman
ASB-8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
510-909-8908
amollman@aclualabama.org

## CERTIFICATE OF SERVICE

I, Alison Mollman, do hereby Certify that a true and correct copy of the foregoing will be served by hand delivery with service of the Complaint to all named Defendants in the above-captioned matter.

*(signature)*

Alison Mollman
ASB-8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510)-909-8908
amollman@aclualabama.org