# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ALEXA  REBECCA  KOLBI-MOLINAS_____ , Bar # _____AK1112_____

was duly admitted to practice in the Court on

_____July 03, 2007_____

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.              On        _____July 7, 2023_____
            New York, New York

_____Ruby J. Krajick_____        By        _____s/ V. Adolphe_____
     Clerk of Court                              Deputy Clerk