

# U.S. District Court

## Alabama Middle - Montgomery

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 1, 2023 10:53AM

ACLU of Alabama Foundation
PO Box 6179
Montgomery, AL 36106

Rcpt. No: 2816           Trans. Date: Aug 1, 2023 10:53AM           Cashier ID: #TS

| CD  | Purpose      | Case/Party/Defendant                                                              | Qty | Price | Amt   |
|-----|--------------|-----------------------------------------------------------------------------------|-----|-------|-------|
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Lorie Chaiten          | 1   | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Alexa Kolbi-Molinas    | 1   | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Lindsey Kaley          | 1   | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Scarlet Kim            | 1   | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Meagan Marlis Burrows  | 1   | 75.00 | 75.00 |

| CD | Tender |        |            |                              | Amt       |
|----|--------|--------|------------|------------------------------|-----------|
| CH | Check  | #10564 | 07/25/2023 |                              | $375.00   |
|    |        |        |            | Total Due Prior to Payment:  | $375.00   |
|    |        |        |            | Total Tendered:              | $375.00   |
|    |        |        |            | Total Cash Received:         | $0.00     |
|    |        |        |            | Cash Change Amount:          | $0.00     |

**Comments**: 2:23-cv-00451-MHT-CWB West Alabama Women's Center et al v. Marshall et al

**RECEIPT AMENDED** by staff #3532 8/1/2023 11:10 AM
**AMENDMENT VERIFIED** by staff #2663 8/1/2023 11:11 AM
**Correction Reason**: to add comments

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.