# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      LINDSEY KALEY     , Bar #    5324983

was duly admitted to practice in the Court on

      June 17, 2019

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     July 7, 2023
         New York, New York

Ruby J. Krajick     By     s/ V. Adolphe
Clerk of Court               Deputy Clerk