UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al.,<br><br>Defendants. | Case No.: 2:23-cv-00451 |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Motion for Admission *Pro Hac Vice* of Lindsey Kaley is GRANTED.

_____
U.S. District Court Judge

_____
Date