

# U.S. District Court

## Alabama Middle - Montgomery

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 1, 2023 10:53AM

ACLU of Alabama Foundation
PO Box 6179
Montgomery, AL 36106

Rcpt. No: 2816                Trans. Date: Aug 1, 2023 10:53AM                Cashier ID: #TS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Lorie Chaiten | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Alexa Kolbi-Molinas | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Lindsey Kaley | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Scarlet Kim | 1 | 75.00 | 75.00 |
| 111 | Pro Hac Vice | DALM23ATTYFUNDS /001<br>CLERK US DISTRICT COURT<br>**FBO**: Meagan Marlis Burrows | 1 | 75.00 | 75.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #10564 | 07/25/2023 | $375.00 |
| | | | Total Due Prior to Payment: | $375.00 |
| | | | Total Tendered: | $375.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: 2:23-cv-00451-MHT-CWB West Alabama Women's Center et al v. Marshall et al

**RECEIPT AMENDED** by staff #3532 8/1/2023 11:10 AM
**AMENDMENT VERIFIED** by staff #2663 8/1/2023 11:11 AM
**Correction Reason**: to add comments

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.