# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____SCARLET   KIM_____, Bar # _____SK2011_____

was duly admitted to practice in the Court on

_____April 05, 2016_____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.              On        _____July 12, 2023_____
             New York, New York

_____Ruby J. Krajick_____     By      _____s/ D. Shaw_____
         Clerk of Court                              Deputy Clerk