# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ MEAGAN   BURROWS _____ , Bar # _____ 5341904 _____

was duly admitted to practice in the Court on

_____ March 19, 2019 _____

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     _____ July 7, 2023 _____
New York, New York

_____ Ruby J. Krajick _____     By     _____ s/ V. Adolphe _____
Clerk of Court                                    Deputy Clerk