IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al.,<br><br>Defendants. | Civil Action No. 2:23-CV-00451-MHT-CWB |

## NOTICE OF ACKNOWLEDGMENT OF ACCEPTED SERVICE

On August 1, 2023, Counsel for Defendants accepted service on Defendants' behalf. Attached to this Notice is an acknowledgement of that acceptance of service.

Dated August 2, 2023

                                          Respectfully submitted,

                                          /s Alison Mollman
                                          Alison Mollman
                                          ASB-8397-A33C

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519

1

Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

*Attorneys for Plaintiffs*

\* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of August, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system thereby serving all counsel of record.

                        /s Alison Mollman
                        Alison Mollman
                        Alabama State Bar No. 8397-A33C
                        ACLU OF ALABAMA
                        P.O. Box 6179
                        Montgomery, AL 36106-0179
                        (510) 909-8908
                        amollman@aclualabama.org