**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                                   TELEPHONE (334) 954-3600

August 2, 2023

## NOTICE OF CORRECTION

From:     Clerk's Office

Case Style:     West Alabama Women's Center et al v. Marshall et al

Case Number:     2:23-cv-00451-MHT-CWB

**This Notice of Correction was filed in the referenced case this date to attach a corrected main PDF document and to attach the prior main PDF document as the attachment.**

**The corrected PDF documents are attached to this notice for your review. Reference is made to doc # 16 filed on August 2, 2023.**