IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al.,<br><br>Defendants. | Civil Action No. 2:23-CV-00451-MHT-CWB |

**NOTICE OF ACKNOWLEDGMENT OF ACCEPTED SERVICE**

On August 1, 2023, Counsel for Defendants accepted service on Defendants' behalf. Attached to this Notice is an acknowledgement of that acceptance of service.

Dated August 2, 2023

                                              Respectfully submitted,

                                              /s Alison Mollman
                                              Alison Mollman
                                              ASB-8397-A33C

Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org

Meagan Burrows*
New York State Bar No. 5341904
Alexa Kolbi-Molinas*
New York State Bar No. 4477519

Lindsey Kaley*
New York State Bar No. 5324983
Scarlet Kim*
New York State Bar No. 5025952
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
mburrows@aclu.org
akolbi-molinas@aclu.org
lkaley@aclu.org
scarletk@aclu.org

Lorie Chaiten*
Illinois State Bar No. 6191424
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
1640 North Sedgwick
Chicago, IL 60614
(212) 549-2633
lchaiten@aclu.org

*Attorneys for Plaintiffs*

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system thereby serving all counsel of record.

/s Alison Mollman
Alison Mollman
Alabama State Bar No. 8397-A33C
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(510) 909-8908
amollman@aclualabama.org