**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al., <br><br> Defendants. | Civil Action No. 2:23-CV-00451-MHT-CWB |

**ACKNOWLEDGMENT OF ACCEPTED SERVICE**

I hereby certify that on August 1, 2023, I received by electronic mail the following filings from Plaintiffs' counsel, Meagan Burrows, in the above-captioned matter of *West Alabama Women's Center et al v. Marshall et al*:

a. Complaint

b. Civil Cover Sheet & Attachment

c. Exhibits (6)

d. Conflict Disclosures (3)

e. Summonses (43)

f. Pro Hac Vice Motions & Accompanying Documents (5)

I certify that that I am designated by law to accept service on behalf of the forty-three (43) named Defendants in the matter. I further certify that on August 1, 2023, I accepted service of the above listed filings for all forty-three (43) named Defendants.

I declare under penalty of perjury that this information is true.

1

Dated August 1, 2023

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
    *Deputy Attorney General*
Benjamin M. Seiss (ASB-2110-O00W)
    *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Attorney General Steve Marshall*

/s/ Brad A. Chynoweth
Brad A. Chynoweth (ASB-0030-S63K)
*Assistant Chief Deputy, Civil Division*
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
Brad.Chynoweth@AlabamaAG.gov

*Counsel for the District Attorney Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of August, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system thereby serving all counsel of record.

            /s/ Alison Mollman
            Alison Mollman
            Alabama State Bar No. 8397-A33C
            ACLU OF ALABAMA
            P.O. Box 6179
            Montgomery, AL 36106-0179
            (510) 909-8908
            amollman@aclualabama.org