IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, on behalf of themselves and their staff; Yashica Robinson, M.D., on behalf of herself, her patients, and staff; and ALABAMA WOMEN'S CENTER, on behalf of themselves, their patients, and staff, <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:23-CV-451-MHT-CWB |

## **CONFLICT DISCLOSURE STATEMENT**

COME NOW Attorney General Steve Marshall, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

■ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |

Respectfully submitted,

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Benjamin M. Seiss (ASB-2110-O00W)
 *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Email: Jim.Davis@AlabamaAG.gov
Email: Ben.Seiss@AlabamaAG.gov

***Counsel for Attorney General Marshall***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of August 2023, I electronically filed a copy of the foregoing Conflict Disclosure Statement with the Clerk of the Court via CM/ECF which will notify the following counsel of record:

Alexa Kolbi-Molinas
Lindsey Kaley
Meagan Marlis Burrows
Scarlet Kim
American Civil Liberties Union
Reproductive Freedom Project
125 Broad St
18th Floor
New York, NY 10004

Alison Nicole Mollman
ACLU of Alabama
P.O. Box 6179
Montgomery, AL 36106

Lorie Chaiten
American Civil Liberties Union Foundation
1640 North Sedgwick
Chicago, IL 60614

James W. Davis
*Deputy Attorney General*
