IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:23cv451-MHT (WO) |
| STEVE MARSHALL, in his official capacity as Attorney General of Alabama, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

CONSENT ORDER

Upon agreement of the parties, it is ORDERED that the joint motion to dismiss (Doc. 17) is granted and that the following "District Attorney defendants" are dismissed without prejudice from this action: defendants William R. Adair; T. Kirke Adams; Scott Anderson; Daryl D. Bailey; Jeffrey Wade Barksdale; Stephen M. Billy; Keith Blackwood; Jennifer Bray; Robert L. Broussard; Danny Carr; Matthew Casey; Pamela Casey; Rick Chancey; Chris Connolly; Champ Crocker; Joseph D. Ficquette; Steven D. Giddens; Russ Goodman;

Gregory S. Griggers; Andrew C. Hamlin; Lyle Harmon; Hal Hughston; Errek P. Jett; Brian C.T. Jones; Brian A. McVeigh; Walter M. Merrell, III; Jason R. Pierce; Ben C. Reeves, Jr.; CJ Robinson; Mike Segrest; Summer McWhorter Summerford; Scott A. Slatton; James H. Tarbox; Charlotte M. Tesmer; Robert Turner, Jr.; Jessica Ventiere; Lynneice Olive Washington; Todd Watson; Hays Webb; Joseph Willoughby; Robert E. Wilters; and Stephen K. Winters.

The District Attorney Defendants and their employees, agents, and successors in office shall be bound by the terms of any injunctive (including but not limited to a temporary restraining order or preliminary injunction), declaratory, and/or other relief against the Attorney General of Alabama and/or any of the other defendants by any court in this action so long as such relief remains in effect as to any party. However, the District Attorney Defendants, and their employees, agents, and successors shall not be liable for any award of attorneys' fees, costs, or other monetary

damages that might be included as part of such relief. Nor shall the District Attorney Defendants and their employees, agents, and successors be bound by any relief that subsequently is reversed, vacated, set aside, or otherwise limited as to the Attorney General of Alabama and/or any other defendants.  Furthermore, as consideration for the release of liability in this matter, the District Attorney Defendants, and their employees, agents, and successors in office waive their right to intervene in the above-captioned matter should it continue.

It is further ORDERED that the clerk of the court shall terminate the above District Attorney Defendants as parties to this action.

DONE, this the 3rd day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE