# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) Case No. 2:23-cv-451-MHT ) |
| STEVE MARSHALL, in his official capacity as Alabama Attorney General, | ) ) ) |
| *Defendant*. | ) ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Attorney General Steve Marshall respectfully moves this Court to extend his responsive pleading deadline to August 28, 2023. Defendant Marshall seeks this extension because of deadlines in other cases. Defendant's counsel has consulted with Plaintiff's counsel, and they do not oppose this motion.

Respectfully submitted,

Steve Marshall
*Attorney General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

 /s/ Benjamin M. Seiss
Benjamin M. Seiss (ASB-2110-O00W)
 *Assistant Attorney General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152

1

Telephone: (334) 242-7300
Fax: (334) 353-8400
Ben.Seiss@AlabamaAG.gov

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

    I hereby certify that on August 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Benjamin M. Seiss
*Counsel for Defendant*
